AO 91 (Rev. 5/85) Criminal Complaint



**FILED**

JEFFREY A. APPERSON, CLERK

# United States District Court

JAN 2 8 2008

**WESTERN DISTRICT OF KENTUCKY**

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

**V.**

**CRIMINAL COMPLAINT**

CASE NUMBER: 3:08MJ-33

**JORGE L. FLEITAS**
**YOHAN VILLAFANA**

I, John B. Spruill, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about January 11, 2008 in Jefferson County, in the Western District of Kentucky defendants Jorge L. Fleitas, and Yohan Villafana, did (1) knowingly transfer, possess, or use, without lawful authority, a means of identification of another person, in violation of Title 18, United States Code, Section 1028A; and (2) did devise a scheme and artifice to defraud and obtain money or property by means of false or fraudulent pretenses, and representations, and for the purpose of executing such scheme or artifice, placed in any post office or authorized depository for mail matter, any matter of thing whatever to be sent or delivered, in of Title 18, United States Code, Section 1341; and (3) conspired with each other to commit mail fraud, in violation of Title 18, United States Code, Section 1349.

I further state that I am a Special Agent with the United States Secret Service and that this complaint is based on the following facts:

See attached Affidavit.

Continued on the attached sheet and made a part hereof:        ☐ Yes        ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

January 28, 2008                                       at        Louisville, Kentucky
Date

James D. Moyer, United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

# AFFIDAVIT

I, John B. Spruill, being first duly sworn, depose and say:

1. I am a Special Agent of the United States Secret Service and have been so employed since April 18, 2005. I am presently assigned to the Louisville Field Office. Among my duties is the investigation of Identity Theft and various types of fraud.

2. I am currently involved in an investigation of violations of Title 18, United States Code, Sections 1028A (Aggravated Identity Theft), section 1341 (Mail Fraud), and section 1349 (Conspiracy to Commit Mail Fraud). Specifically, my investigation has revealed that Jorge Fleitas, Loan Processor for Beacon Community Credit in Louisville, Kentucky, and Yohan Villafana conspired together to use the names, social security numbers and dates of birth of approximately twenty-seven Beacon Community Credit members on applications for CitiFinancial credit cards. Multiple credit cards were mailed to 6703 Strawberry Ln., Apt.408, Louisville, Kentucky 40214, and used at various retail locations and banks in Louisville, Kentucky.

3. On or about January 9, 2008, I was contacted via telephone by Claudette Moser, Fraud Investigator CitiFinancial, regarding a potential case of identity theft. Moser stated that between mid-November and late December CitiFinancial received credit card applications using the names, social security numbers and dates of birth of approximately twenty-seven different individuals all listing a home address of 6703 Strawberry Ln., Apt. 408, Louisville, Kentucky 40214. Moser further stated that the large majority of the individuals on the applications had a credit inquiry recently performed by Beacon Community Credit in Louisville, Kentucky. Moser further stated that approximately nine of the applications were approved and credit cards were sent via mail to 6703 Strawberry Ln., Apt.408, Louisville, Kentucky 40214. Moser stated that the nine individuals were contacted and each one confirmed that they did not submit an application for a CitiFinancial credit card nor did they approve the use of their personal identifiers on any credit card application.

4. Continuing on that same date, I received account records from Moser via fax. A review of the records revealed that of the nine cards approved one was in the name of Hugo Sanchez-Moreno and another was in the name of Gilberto Beltran. Further review of the records showed that the card in the name of Beltran had approximately $4,000 in charges including multiple purchases at the Best Buy located on the Outer Loop in Louisville, Kentucky and a cash withdrawal from a BB&T ATM located on Southside Dr. in Louisville, Kentucky.

5. Continuing on that same date, Moser stated that on January, 3, 2008 an individual, claiming to be Hugo Sanchez-Moreno, called the CitiFinancial customer service center to activate a credit card. Moser stated that the Customer Service Representative told the individual that he would need to verify his identity with a local bank representative. Moser stated that later that same day the Customer Service Representative spoke with an individual named Jorge Fleitas who claimed to work for Beacon Community Credit

Union in Louisville, KY. Moser further stated that Fleitas claimed to have verified the identity of the individual claiming to be Hugo Sanchez-Moreno by checking his driver's license.

6. On January 10, 2008, I contacted US Postal Inspector Jason Tatum for assistance on this case. Inspector Tatum faxed an address verification request to the Iroquois Station Post Office regarding 6703 Strawberry Ln., Apt. 408, Louisville, Kentucky 40214. The post office provided information that multiple Hispanic names were receiving mail at the address, including Yohan Villafana.

7. On January 14, 2008, Inspector Tatum and I interviewed Jeff Kendrick, Loss Prevention with the Best Buy located on the Outer Loop in Louisville, Kentucky. Kendrick provided us with receipts showing the purchases made with the credit card in Beltran's name and with surveillance footage of a Hispanic male purchasing the items.

8. On January 15, 2008, Chris Stine, BB&T Fraud Investigator, provided me with surveillance photographs of a withdrawal made on December 8, 2007 using the credit card in Beltran's name from the BB&T ATM located on Southside Dr. in Louisville, Kentucky. The images revealed that the withdrawal was made by a Hispanic male.

9. On January 15, 2008, I searched local law enforcement records and retrieved a photograph of Yohan Villafana of 6703 Strawberry Ln., Apt. 408, Louisville, Kentucky 40214. The photograph of Villafana matched both the surveillance footage received from Best Buy and BB&T.

10. On January 17, 2008, Inspector Tatum and I met with officers at Beacon Community Credit Union. Beacon employees verified that Jorge Fleitas was a Loan Processor at the credit union. They also checked the list of credit card applicants provided by CitiFinancial, and confirmed that the majority are members of the credit union. A query of Beacon's computer system confirmed that in most instances, Fleitas had requested a credit report on the customer within a few days of a credit card application being submitted to CitiFinancial using the customer's name and personal identifiers.

11. On January 23, 2008, Inspector Tatum and I interviewed Jorge Fleitas at the U.S. Secret Service Louisville Field Office. Fleitas stated that he was a loan processor for Beacon Community Credit Union, and had been so employed for over three years. Fleitas stated that he had been under severe personal financial strain, and currently had approximately $12,000 in credit card debt. Fleitas indicated that some time in November 2007, an acquaintance, Yohan Villafana, approached him at the credit union to inquire about refinancing a car loan. Fleitas further stated that during the conversation Villafana brought up the idea of Fleitas providing customers' personal identifiers to Villafana for the purpose of opening credit cards in the customers' names. Fleitas stated that he and Villafana planned to split any profit made from this scheme. Fleitas stated that over the following weeks, he provided approximately twenty-seven credit union customers' names, social security numbers, and other identifiers to Villafana. Fleitas stated that sometimes Villafana came to the credit union and got the information from Fleitas, and

sometimes Fleitas took the information to Villafana's residence located at 6703 Strawberry Ln., Apt. 408, Louisville, Kentucky 40214.  According to Fleitas, he and Villafana applied for the credit cards via Fleitas' work computer at the credit union, or at Villafana's personal computer at Villafana's residence.  Fleitas stated that all of the credit cards were mailed to Villafana's residence at 6703 Strawberry Ln., Apt. 408, Louisville, Kentucky 40214.  Fleitas explained that Villafana used the credit cards to purchase merchandise from various stores, which Fleitas and Villafana then sold to other persons.

12.  Continuing on that same date, Flietas identified Yohan Villafana from a photographic lineup.  This photograph of Villifana is the same image retrieved from local law enforcement records on January 15, 2008.

13.  Wherefore, based on the above facts, I believe there is probable cause that Jorge Fleitas and Yohan Villafana violated Title 18, United States Code, Sections 1028A (Aggravated Identity Theft), Section 1341 (Mail Fraud), and Section 1349 (Conspiracy to Commit Mail Fraud).

_____
John B. Spruill, Special Agent, United States Secret Service

**Sworn to before me this 28th Day of January, 2008,**

_____
**James D. Moyer**
**United States Magistrate Judge**

3